No. 440, Misc.   CREBS v. SUPREME COURT OF KANSAS. Motion for leave to file petition for writ of mandamus denied.

No. 461, Misc.   TALL v. ILLINOIS.   Application denied.

No. 479, Misc.   IN RE O'NEILL.   Motion for leave to file petition for writ of mandamus denied.

No. 484, Misc.   LAPKA v. UNITED STATES.   Application denied.

No. 732.   KLAPPROTT v. UNITED STATES.   C. C. A. 3d. Certiorari granted.   *P. Bateman Ennis, W. Clifton Stone* and *Morton Singer* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 623.   DeLANO v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   *Frank L. Blackman* for petitioner.   *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *H. H. Warner* and *Daniel J. O'Hara,* Assistant Attorneys General, for respondent.

No. 661.   RANDOLPH ET AL. v. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL.; and
No. 711.   MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. v. RANDOLPH ET AL.   C. C. A. 8th.   Certiorari denied. *Clif Langsdale* and *Clyde Taylor* for petitioners in No. 661.   *C. S. Burg, M. E. Clinton* and *Ellison A. Neel* for petitioners in No. 711 and respondents in No. 661.   *R.*

*Carter Tucker* for Wood et al., respondents in Nos. 661 and 711. Reported below: 164 F. 2d 4.

No. 696. GUINNESS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Sewall Key* for the United States.

No. 709. TUDRYCK ET UX. *v.* MARTIN, RECEIVER, ET AL.; and
No. 710. SMYL ET UX. *v.* MARTIN, RECEIVER, ET AL. Supreme Court of Michigan. Certiorari denied. *Harry J. Lippman* for petitioners in No. 709. *Robert C. Winter* for petitioners in No. 710. *Edward A. Bilitzke* for respondents. Reported below: 320 Mich. 99, 30 N. W. 2d 518.

Nos. 716 and 717. HAZELTINE CORPORATION *v.* KIRKPATRICK, U. S. DISTRICT JUDGE. C. C. A. 3d. Certiorari denied. *Arthur G. Connolly, Leonard A. Watson* and *Laurence B. Dodds* for petitioner. *Floyd H. Crews, Donald J. Overocker, Hugh M. Morris, S. Samuel Arsht* and *Charles M. Hogan* for respondent.

No. 720. COMMISSIONER OF INTERNAL REVENUE *v.* LEHMAN. C. C. A. 2d. Certiorari denied. *Solicitor General Perlman* for petitioner. *Ellsworth C. Alvord* and *Floyd F. Toomey* for respondent.

No. 725. ANDERSON *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 726. ANDERSON *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 7th. Certiorari denied. *Matthias*